UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **American Litho, Inc.,**<br>a Michigan corporation, | Civil No. 08-CV-5892 (JMR/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| **Imation Corp.,**<br>a Delaware corporation, | |
| Defendant. | |

---

Richard A. Gaffin, Miller, Canfield, Paddock & Stone, PLC, 99 Monroe Ave. NW, Suite 1200, Grand Rapids, Michigan 49503 and John D. Schrager, Wagner, Falconer & Judd, Ltd., 80 S. 8th Street, Suite 1700, Minneapolis, Minnesota 55402, for Plaintiff

David B. Potter and David A. Prange, Oppenheimer, Wolff & Donnelly, LLP, 45 S. 7th Street, Suite 3300, Minneapolis, Minnesota 55402, for Defendant

___

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Summary Judgment (Doc. No. 47) is DENIED.

Dated: February 23, 2010

                                                s/James M. Rosenbaum
                                                JAMES M. ROSENBAUM
                                                United States District Judge