# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

American Litho, Inc.,

       Plaintiff,                  Civil 08-5892 (RHK/SRN)

vs.                            **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Imation Corp.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 10, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge